UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE CONYERS,<br>CDCR #BA-5328,<br><br>        Plaintiff,<br><br>vs.<br><br>CORPORAL RODRIGUEZ, San Diego Sheriff's Dept., et al.,<br><br>        Defendants. | Case No.: 3:17-cv-00127-LAB-NLS<br><br>**ORDER APPOINTING PRO BONO COUNSEL PURSUANT TO 28 U.S.C. § 1915(e)(1) AND S.D. CAL. GENERAL ORDER 596** |

On July 3, 2017, the Court granted Plaintiff's Motion for Appointment of Counsel and referred this civil rights case, filed pursuant to 42 U.S.C. § 1983 by Dwayne Conyers ("Plaintiff"), an indigent prisoner at California State Prison – Los Angeles County, Lancaster, California ("LAC"), to its Pro Bono Panel Administrator in order to randomly recruit one of the Court's volunteer pro bono panel attorneys to assist Plaintiff in its prosecution.[1] *See* ECF No. 30.

---

[1] While Plaintiff is entitled to the assistance of the U.S. Marshal "to issue and serve all process" pursuant to 28 U.S.C. § 1915(d) and Fed. R. Civ. P. 4(c)(3) in light of his having been granted leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a), *see* ECF No. 4, the Court has deferred U.S. Marshal service in this case "until after appointed pro bono counsel has an opportunity to review the

A member of the Court's Pro Bono Panel has since graciously volunteered to represent Plaintiff pro bono in this case pursuant to 28 U.S.C. § 1915(e)(1) and the Southern District of California's "Plan for the Representation of Pro Se Litigants in Civil Cases" as adopted by the Judges of this Court via General Order 596.

**Conclusion and Order**

Accordingly, the Court hereby **APPOINTS** Robert Burns, Esq., SBN 91489, of the Law Offices of Robert Burns, 4877 Voltaire Street, San Diego, California 92017, as Pro Bono Counsel for Plaintiff.

Pursuant to S.D. Cal. CivLR 83.3.f.2, Pro Bono Counsel must file, within twenty-one (21) days of this Order, if possible, and in light of Plaintiff's incarceration, a formal written Notice of Substitution of Attorney signed by both Plaintiff and his newly appointed counsel. This Notice of Substitution will be considered approved by the Court upon its filing, and Pro Bono Counsel will thereafter be considered attorney of record for Plaintiff for all purposes during further proceedings before this Court, in this matter only, and at the Court's specific request. *See* S.D. Cal. CivLR 83.3.f.1, 2.

The Court further **DIRECTS** the Clerk of the Court to serve Mr. Burns with a copy of this Order at the address listed above as soon as it is filed and entered into CM/ECF. *See* S.D. Cal. CivLR 83.3.f.2.

**IT IS SO ORDERED**.

Dated: August 18, 2017

HON. LARRY ALAN BURNS
United States District Judge

---

pleadings, investigate Plaintiff's claims, identify the appropriate parties, and amend the pleadings accordingly." *See* ECF No. 30 at 10-11. Should appointed counsel file an Amended Complaint in this case, he may also file a Motion requesting that the U.S. Marshal be directed to effect service upon the named Defendants on Plaintiff's behalf. All costs of that service will be advanced by the United States. *See* 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3); *Walker v. Sumner*, 14 F.3d 1415, 1422 (9th Cir. 1994) (to properly effect service via the U.S. Marshal in an IFP case, Plaintiff is required to "furnish [the U.S. Marshal] with the information necessary to identify the defendant."); *see also* S.D. Cal. CivLR 4.1c.