# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE CONYERS,<br><br>Plaintiff,<br><br>vs.<br><br>CORPORAL MICHAEL RODDY, et al.,<br><br>Defendants. | CASE NO. 17cv127-LAB (NLS)<br><br>**ORDER ON MOTION FOR SERVICE** [Dkt. 52] |

Amended complaints renaming the same defendants need only be served on those parties, or their counsel of record, by mail or electronic filing. *See* Fed. R. Civ. P. 5(b); *Downing v. Wanchek*, 2009 WL 256502, at *2 (E.D. Cal. Jan. 30, 2009) *report and recommendation adopted*, 2009 WL 1211658 (E.D. Cal. Apr. 29, 2009). Since the Fifth Amended Complaint renames defendant Michael Roddy, the Court instructs the clerk to issue a new summons, but there's no need for service by U.S. Marshal.

**IT IS SO ORDERED**.

Dated: July 6, 2018

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge