# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| DWAYNE CONYERS, | CASE NO. 17cv127-LAB (NLS) |
|---|---|
| Plaintiff, | **ORDER ON UNAUTHORIZED COMMUNICATIONS** |
| vs. | |
| CORPORAL MICHAEL RODDY, et al., | |
| Defendants. | |

Three times in the last week, Plaintiff Dwayne Conyers, an inmate represented by appointed counsel in this Section 1983 action, has filed documents directly with the Court. Two of these documents are requests to allow him take a polygraph test on the Steve Wilkos Show. Dkts. 81, 82. The other is a letter instructing the Court on what it means to have good character. Dkt. 80. Civil Local Rule 83.3(f)(1) provides that "[w]henever a party has appeared by an attorney, the party may not afterwards appear or act in the party's own behalf in the action." Because Conyers is represented by appointed counsel, he is **ORDERED** to cease filing documents directly with the Court unless he is otherwise instructed to do so.

**IT IS SO ORDERED.**

Dated: May 16, 2019

**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge

- 1 -